Stephen A. Cherry #53316
*(full name/prisoner number)*
Saguaro Correctional Center
1250 E. Arica Rd.
Eloy, AZ 85131
*(complete mailing address)*

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

Stephen A. Cherry,
*(full name)*

Plaintiff,

v.

Sandy Fehallly; Robert Wheeler;
Alan Stunt; IDOC Central Office
Staff; And Jane And John Does
1-10

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:23-cv-00546-BLW
*(to be assigned by Court)*

SECOND AMENDED
**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes   ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

- ☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☐ Other federal statute *(specify)* _____; or diversity of citizenship.
- ☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Stephen A. Cherry. I am a citizen of the State of Idaho,

presently residing at Saguaro Correctional Ctr, 1250 E. Arica Rd. Eloy, AZ. 85131

Statement

Bond, Federal and State 1983 Civil Rights Self-Help Litigation packets, Distributed By, Idaho Dept. of Corrections (IDOC) provide plaintiff, as well as (IDOC) Staff with the following instructions when filing Suit and Requesting to proceed In forma pauperis, Federal packet – " To send the Statement of Trust fund Account form to your institutions accounting office, So it can Be completed and Return to you"

State packet, and (IDOC) Sop 405 – " you will need to Request from the paralegal a Certified Inmate Banking Statement "

plaintiff Rigidly followed These Very instruction's from All (3) Sources and Requested (IDOC) appropriate officials to do the Same!

However, Defendant's chose to intentionally Ignored These instructions Set By the Court's and Continue to do So, including their own SOP 405.

Even after, the initial filing of Comp plaintiff Complaint the Court's finding " it LACKED the Required Certified Inmate Banking Statement."

However, Each Court (Texas) provided plaintiff or Essentially Defendants " An Additional (60) days to Cure deficiency, By Submitting to Each Court A Certified Copy of plaintiff's Trust fund Account Statement (or institutional Equivalent) for the (6) month period immediately preceding the filing of Each Complaint".

motion to amend 2nd Complaint   -pg. 2

Defendant(s) who are named in this suit (Intentionally) ignored plaintiff's Repeated Request for what was a (ten cent) photocopy, that would have taken a matter of seconds to Certify

Caused the Court(s) to deny plaintiff (IFP), and Dismissal of Both Cases for which plaintiff has a constitutional Right to file and Litigate Before the Court and Jury.

plaintiff prays this Honorable Court will grant his motion and allow his Second amended complaint to proceed to Litigation.

Respectfully submitted this _3rd_ day of _DECEMBER_ 20 _24_.

_Stephen A. Chang_
(Plaintiff)/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the _3rd_ day of _December_ ,20 _24_, I mailed a true and correct copy of the _Motion to Amend 2nd Complaint_ via prison mail system for processing to the U.S. mail system to:

_United States Courts_

_550 W. Fort St._

_Boise, Idaho     83724_

_Stephen A. Chang_
(Plaintiff)/Defendant (circle one)

_Motion to Amend 2nd Complaint_ -pg. _4_

Revised 3/24/16

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Robert Wheiler_, who was acting as _Paralegal_
      *(defendant)*                                                *(job title, if a person; function, if an entity)*

for the _Idaho Department of Corrections (IDOC)_
      *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on _August 5, 2021 - Thereafter_, Defendant did
                                                      *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*

_See Attached Pages_

_Part I ¶ 3-5_

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

_See pg. 4_

4. I allege that I suffered the following injury or damages as a result:

_See pg 5_

5. I seek the following relief: _See pg # 22_

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _See pg # 23_

C.

2.

<u>I.</u>  ROBERT WHEILOR, PARALEGAL, DEFENDANT (DEF)

[ INTENTIONALLY ] IGNORED PLAINTIFF'S (PLF) <u>FIRST</u> AND <u>THIRD</u>

REQUEST, WITH INSTRUCTIONS ... TO PROCESS AND SUBMIT TO EACH COURT

" A CERTIFIED COPY OF (PLF'S) TRUST FUND ACCOUNT STATEMENT "


a.  PLAINTIFF'S, <u>FIRST REQUEST</u> FOR STATEMENTS —

1.  ON AUGUST 5, 2021 (PLF) PROVIDED (DEF) WITH [TWO] FEDERAL

CIVIL RIGHTS COMPLAINT (S)

2.  REQUESTING THEY BE PROCESSED AND SUBMITTED TO THE :

U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS., DEL RIO DIVISION

FOR FILING AND PENDING LITIGATION.

3.  IN SUPPORT OF EACH APPLICATION TO PROCEED IN FORMA PAUPERIS

(IFP). (DEF) WAS PROVIDED WITH WRITTEN AND VERBAL INSTRUCTIONS

" TO PROCESS AND SUBMIT WITH THE FILING, [TWO] CERTIFIED COPIES OF

MY TRUST FUND ACCOUNT STATEMENTS FOR THE (6) MONTH PERIOD

PRECEDING THE FILING OF EACH COMPLAINT "

4.  WHEN (PLF) ASKED (DEF) ABOUT INSTRUCTIONS " 4 POSTED

ON PAGE ONE OF THE PRISONERS SELF-HELP PKT CIVIL RIGHTS

COMPLAINT " STATEMENT OF TRUST FUND ACCOUNT FORM, TO SEND THIS

FORM TO YOUR INSTITUTIONS ACCOUNTING OFFICE, SO IT CAN BE

COMPLETED AND RETURN TO YOU "

5.  (DEF) WHEILOR MADE NO MENTION, OR ADVISED (PLF) OF ANY

ADDITIONAL PROCEDURAL INSTRUCTIONS TO FOLLOW, IN ORDER FOR

(PLF) TO OBTAIN THESE ... TRUST FUND ACCOUNT STATEMENTS " ... E.G.

from IDAHO Department of Corrections (IDOC) Central Office !

6  only " THAT HE (Def) HAD EVERYTHING HE NEEDED AND WOULD
SEE THAT EVERYTHING GETS FILED" ACCORDING TO S.O.P."

B. SUBSEQUENT ANALYSIS By EACH FEDERAL COURT,(TEXAS) Confirms :
    (Def) WHEILOR [INTENTIONALLY] IGNORED not only :
    His DUTIES AS DESCRIBED in (IDOC) S.O.P HO5 "DUTIES of
    PARALEGAL Staff"

    But Instructions from (PLA), when HE FAILED to properly
    PROCESS (PLA'S) Bequest And DIDNOT FORWARD To EACH Court
    (TEXAS) "A CERTIFIED Copy of (PLA'S) TRUST FUND Statement"

    1. CASE No, DR-21-CV.-047-AM-VRG  DKT, 11 -
        " UPON Reviewing plaintiffs motion To PROCEED IFP
        Filed Simultaneous with the Complaint the
        UNDESIGNED Reviewed it And noted THAT IT LACKED
        A Supporting TRUST FUND Account Statement"

    2. CASE No, DR-21-CV-046-AM-CW  DKT #7
        "
        PLAINTIFF Submitted A BASIC APPLICATION To PROCEED
        IFP But DID not include A CERTIFIED Copy of His
        TRUST FUND Account Statement"

C.        —— WHILE Acting under Color of State Law ——
3. A  Defendant WHEILOR Knowingly And Intentionally DEPRIVED
    plaintiff of AN ENUMERATED Constitutional Right, particularly
    the Right of Access to Courts As protected By the First Amendment
    Right To petition for Redress of Grievances And the FOURTEENTH
    Amendment guarantees of procedural And Substantive due process.

Plaintiff's Second Amended Complaint-(Def) WHEILOR        -4-

SPECIAL NOTE:

B. Each Court (Texas) provides plaintiff an opportunity "to Cure Deficiency" — due to (Def) Wheiler's inactions (Aforementioned Above)

On October 15, 2021 Each Court (Texas) issued an Order "To Cure Deficiency"

"It is Hereby Ordered that plaintiff shall have (60) days until December 14, 2021 within which to Cure the following Deficiency.

Plaintiff shall submit a Certified Copy of his Trust fund Account Statement (or institutional Equivalent) for the (6) month period immediately preceding the filing of the Complaint"

Note: These Order(s) applies forthcoming And thereafter Beginning with II. Alan Stuart, paralegal - Defendant

C. I allege that I suffered the following injury or damages:

4. (Aforementioned Above) Re: An opportunity "to Cure Deficiency" At this point (phf) Has not Suffered Any injury.

Believing, (Def) Wheiler may Have inadvertly failed to fully process (phf's) Request for Trust fund Account Statement(s) .... also Believing

that paralegal staff will do so upon (phf's) SECOND Request and thereafter if needed,

However, forthcoming in part III proves (Def) Wheiler's inactions were Clearly [intentional] from DAY one!

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Alan Stuart_, who was acting as _paralegal_
   *(defendant)*      *(job title, if a person; function, if an entity)*

for the _IDAHO Department of Corrections (IDOC)_.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on _11-29-21 r._, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

_See Attached pages — 6 - 9_

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

_See page 9._

4. I allege that I suffered the following injury or damages as a result:

_See page 9_

5. I seek the following relief: _See pg # 22_

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _See pg 23_

C.

2.

II. Alan Stuart, paralegal, Defendant (Def)

[ Intentional ] Ignored plaintiff's SECOND Request with instructions asking Staff to process and submit to Each Court " A Certified Copy of (PLF's) Trust fund Account Statement " upon Receiving Order(s) from Each Respective Court (Texas) Dated October 15, 2021 - providing (PLF) with An opportunity " to Cure Deficiency ", Due to (Def) Wheiler's inaction's (Aforementioned Above) In part I. (Def) Wheiler C.3(b).

A

ON OCTOBER 29, 2021, (PLF) Submitted his SECOND IDOC Access to Courts Request form - which included Attachment(s) with instructions, asking "Staff to process And Submit to Each Court A Certified Copy of His Trust Fund Account Statement ( or institutional Equivalent) for the (6) month period preceding the filing of Each Complaint"

B.

paralegal - Stuart - (Def) was Recipient of (Plf's) SECOND Request -

However, Stuart Also [intentionally] Ignored ... not only his Duty As Described in S.O.P. 405 "Duties of paralegal Staff"

But (Plf's) Second Request ... with instructions And supporting attachments " to process and Submit to Each Court A Trust Fund Account Statement"

Subsequent Analysis By Each Court (Texas) Confirms Defendant Stuart's Inactions were Deliberate!

1. CASE NO. DR-21-CV-046 —

   " AS OF THIS DATE PLAINTIFF HAS NOT RESPONDED TO THE
   ORDER ON OCTOBER 15, 2021 "TO CURE DEFICIENCY"

2. CASE NO. DR-21-CV-047 —

   " ON DECEMBER 2, 2021 PLAINTIFF FILED HIS RESPONSE
   TO THIS ORDER OCTOBER 15, 2021 TO CURE DEFICIENCY AND
   PROVIDED A COPY OF A REQUEST HE SUBMITTED IN HIS
   CURRENT INSTITUTION ON OCTOBER 29, 2021 ASKING
   HIS INSTITUTIONS STAFF TO FORWARD THE TRUST FUND ACCOUNT
   STATEMENT TO THE COURT(S) ON PLAINTIFF'S BEHALF. NO OTHER
   FILINGS HAVE BEEN MADE IN THIS SUIT AND THERE HAS
   BEEN NO ACTIVITY SINCE"

C.                      Part Two

   [INSTEAD] OF EXECUTING HIS PARALEGAL DUTIES AS DESCRIBED IN
   S.O.P. 405, AND PROCESSING (PLF'S) SECOND REQUEST (AFOREMENTIONED)
   ABOVE))

   IN A WRITTEN RESPONSE TO (PLF) ON OCTOBER 29, 2021, STUART
   INSTRUCTS (PLF) TO: " USE CENTRAL OFFICE FOR PROCESSING YOUR
   REQUEST. IF YOU NEED TO FILE A QUALIFIED LEGAL CLAIM
   (( PLFS) REASON FOR REQUESTING ASSISTANCE FROM A PARALEGAL)
   ACCORDING TO SOP 405 SUBMIT PAPERWORK WITH YOUR
   REQUEST, SO IT CAN BE FILED FROM CENTRAL OFFICE" AS A
   STUARTS INSTRUCTIONS FOR (PLF) "TO USE CENTRAL OFFICE FOR PROCESSING
   HIS REQUEST... ARE CONTRARY TO, AND ARE IN DIRECT CONFLICT WITH ...

IDOC SOP 405 "Duties of Paralegal Staff"
(P.L.F.'s) First And Fourteenth Amendment Rights per S.O.P.
to Request and Receive from the Institutions paralegal "A
Certified Copy of His Trust Fund Account statement to be
submitted to Each Court.

ORDERS/Instructions From Each U.S. District Court (Texas)
"to Cure deficiency"

d. BECAUSE these Instructions By (Def) conflict with Existing
SOP 405 they are not promulgated as a new Regulation
therefore, are invalid and unenforceable
furthermore - these Instructions Are Rejected By Central Office
as well! Inmate Accounts Responding to (p.L.F.'s) Request
"please use the Resource Center for Certified Legal Copies"
finally, these Instructions Have never Been given to (p.L.F) Verbally
or In writing when Requesting Assistance from the Institutions
paralegal when filing Required Court document(s).

E. Special note: Also Contrary to Sop 405, And was CLEARly
Apparent And noted (Above) By Each Court (Texas)
(Def) [Intentionally] withheld and delayed (p.L.F.'s) filing
for (35) days from October 29, 2021 to December 2, 2021
... And Still did not process and include with the filing
the Requested/Required Trust Fund Account Statement(s)

C. — While Acting under Color of State Law —

3. Defendant Sturrt Knowingly And [Intentionally] Deprived plaintiff off An Enumerated Constitutional Right, particularly the Right of Access to Courts As protected By the First Amendment Right to petition for Redress of grievances And the Fourteenth Amendment guarantees of procedural And Substantive due process

C.

4. Analysis By Each Respective Court Violation, plaintiff suffered the following injury or damages —

Due to (Def) Sturrt's inactions Being intentional and Retaliatory for Refusing to process and submit to each Court the Required Trust fund Account Statement (or institutional Equivalent), caused the dismissal of Both Cases that (plf) Had A Constitutional Right to file and litigate!

DR-21-CV-046-AM-BW-DKT."13 And DR-21-CV-047 AM-VRG DOC."14 " plaintiff's motion to proceed In forma pauperis further, the Case(s) Are dismissed for failure to pay the applicable 402 filing fee"

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Robert Wilerton_, who was acting as _Paralegal_
   (defendant)                              (job title, if a person; function, if an entity)

for the _Idaho Department of Correction (IDOC)_
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _11-5-21- thereafter_, Defendant did
   (dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):

_____ See Attached pages _____

_____ pmt 2 · 10·13 _____

_____

_____

_____

_____

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

_____ See pg 12 _____

4. I allege that I suffered the following injury or damages as a result:

_____ See pg 12, 13 _____

_____

_____

5. I seek the following relief: _____ See pg. 27 _____

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
   [ ] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [X] Yes [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _See pg 23_

PRISONER COMPLAINT - p. 2_                          *(Rev. 10/24/2011)*

C.

2.

## III. BOBERT WHEILOR, PARALEGAL - Defendant (DEF)

[Intentionally] Ignored plaintiff's THIRD Request with instructions "to process and submit to EACH Court" a Certified Copy of (PLF's) Trust fund account Statement"

A. Aforementioned Above in (DEF) Sturnts Response to (PLF) on October 29, 2021 instructing (PLF) to: "Submit paperwork with your Request So it Can Be filed from Central office" A,S,"'

(PLF), finding Sturnts Response was Extremely Confusing and Raised Serious Concerns!

Did Sturnt or did he not properly process (PLF's SECOND Request for Trust fund Account Statements?

If not, did Sturnt forward (PLF's) Request to Central office to Be process?

A. for these Reasons (PLF) Submitted his THIRD Issue Access to Courts Request form —

Requesting to meet and talk with paralegal Wheilor (DEF) Knowing MR. Wheilor Could Verify.... Did Sturnt or did he not properly process (PLF's) Second Request?

b. on 11-5-2021 (DEF) Wheilor Responded in Writing " I will Be At Iscc (PLF's institution) on Friday 11-12 RW" on 11-12-21. While meeting and Discussing (PLF's) Concerns to Date, (DEF) Wheilor was provided with, and Reviewed for Himself, past filings and Responses By Each Court, to date!

1. ORDERS with instructions from EACH Court dated OCTOBER 15, 2021

Plaintiff's Second Amended Complaint - (DEF) wheilor -

" to cure deficiency" conclusive evidence, which (Def) conceded he failed to properly process my <u>first</u> Request.

And 2. (Def) Shunt's confusing Response – october 29, 2021 Instead of processing (Plts) second Request, Instructed (Plf) " to use central office for processing your Request". Subsequently, (Def) Wheilor Ensured (Plf) – " I will Contact Shunt and Central to Confirm did Either properly process your Second Request"

..."If not I will do so.,"

Analysis By Each Court (Texas) Confirms: <u>for a second</u> Time (Def) Wheilor [intentionally] ignored (Plts) Request with instructions to process and submit to each Court "a certified copy of (Plf's) Trust Fund Account Statement".

DR-21-CV-047 "no other filings Have Been made in this Suit and there has Been no Activity since"

DR-21-CV-046 – "As of this date plaintiff Has not Responded to this order or paid 402 filing fee"

Warranting (Def's) gross inactions Re: (Plts) <u>first</u> and <u>third</u> Request WERE [Intentional]

<u>d</u>— Furthermore ... [Instead] of Executing His paralegal duties as described in SOP 405 " Duties of paralegal staff" And <u>twice</u> Ignoring (Plf's) Request.

In His written Response to (Plf) 11-5-21 Re: (Plf's) third Request (Def) wrote " you can Attach your filing to a new Access to Courts form and Central Can process your Documents

Plaintiff's Second Amended Complaint –(Def) Wheilor –           — 11—

If you want it processed at central, send it to them" RW '''

These instructions given to (pLF) by (DLF) whereas are contrary to, and conflict with: FDOC SOP 405" duties of paralegal Staff."

(pLFS) first and fourteenth amendment Rights per SOP. to freely request and receive from the institutions paralegal [not Central office]" A certified copy of his trust fund account statement to be processed and submitted to each respective Court (TEXAS)

orders / instructions from each U.S. district court (Texas) " to cure deficiency"

Because these instructions, given by (DLF) conflict with existing S.O.P. 405 they are not promulgated as a new regulation, therefore, are invalid and unenforceable.

c.

3.    — While acting under color of state law — twice (DLF) whereas knowingly and intentionally deprived (pLF) of an enumerated constitutional right, particularly the right of access to courts as protected by the first amendment right to petition for redress of grievances and the fourteenth amendment guarantees of procedural and substantive due process.

c

4. Clearly, [twice] defendant whereas' inactions were intentional and retalitory! causing the dismissal of both cases that plaintiffs second amend complaint —(DLF) whereas        – 12 –

Plaintiff had a constitutional right to file and litigate! Analylisis by the courts confirms!

DR-21-cv-046-Am-cw-Dkt # 13 and DR-21-cv-047 Am-VRG Dkt # 14. " plaintiffs motion to proceed In forma pauperis further, the case(s) are dismissed for failure to pay the applicable filing fee "

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>U/K - Staff</u>, who was acting as <u>Inmate Accounts</u>
   <u>(defendant)</u>                                              *(job title, if a person; function, if an entity)*

for the <u>Idaho Department of Corrections</u>.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>12-16-21 - Thereafter</u>, Defendant did
                                                          *(dates)*
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

<u>See articles pages</u>

<u>14 - 15 - 16</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

<u>See pg. 16</u>

4. I allege that I suffered the following injury or damages as a result:

<u>See pg 16</u>

5. I seek the following relief: <u>See pg " 22</u>

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ◯ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. <u>See pg 23</u>

**PRISONER COMPLAINT - p. 2_**                          *(Rev. 10/24/2011)*

C,
2

<u>IV</u>, IDAHO Department of Corrections (IDOC) CENTRAL OFFICE - Inmate
Accounts (Staff) - Defendants (DEF) -

A. Refuse to process (PLF's) <u>FORTH</u> Request ... AND (All) Request
THEREAFTER, with instructions, to process AND Submit To
EACH Court OR to (PLF) "A Trust fund Account Statement"
[Intentionally] Ignoring not only Custom!
But written instructions from (IDOC) paralegals Stuart (DEF)
on 10-29-2021, AND Wheeler (DEF) on 11-5-2021 for
PLF) "To use central office to process your Request"
Also Ignoring instructions provided to (PLF) from Case
Managers Rogers, Wilson, and Security Staff from (ISCC-
PLF's Institution) who made INQUIRES ON BEHALF of (PLF)
"to SEND [TWO] ACCESS to Courts (ATC) forms, with your
Request to Central Office.

one to Inmate Accounts AND the other to paralegal
/Supervisor Sandy ferally AND [they] will process your
Request For Inmate Banking Statement (s) AND Mailing"
Following These instructions, on 12-16-21 (PLF)
Submitted Both (ATC) Request to Central office AND
numerous Request thereafter, with Instruction(s).

However, Both Central AND paralegal /Supervisor
Sandy ferally Ignored (PLFs) Request, to process AND
Submit to EACH Court, or to (PLF) "A Certified Copy of
(PLFs) Trust fund

plaintiffs Second Amended complaint - (DEF) CTR office Staff -- 14 -

Account Statement (or institutional equivalent) for the (6) month period immediately preceding the filing of Both Complaints"

After, (4) months, no numerous Request, in an intentional delay, office staff (Def's) <u>Responded only one time</u> April 26, 2022  "Please use the Resource Center for Certified Copies" ... yet, it was paralegals - Stuart (oip) and Wheeler (Def) from the Resource Center who instructed (plf) "to use Central office to process your Request" ...

Analysis by each Court (Texas) confirms: the Gross inactions by (Def's) including paralegal/Supervisor Sanoy Ivanilly (Def) were Knowing and Intentional]

1. CASE NO. DR-21-CV-047. "
    " On December 2, 2021 Plaintiff filed His Response to this order October 15, 2021 to cure deficiency and provided a copy of a Request he submitted in his current institution on October 29, 2021 Asking His institutions staff to forward the Trust Fund Account Statement to the Courts on Plaintiffs Behalf, no other filings have been made in this Suit and there has been no Activity Since."

2. CASE NO. DR-21-CV-046
    " As of this date plaintiff Has not Responded to the order on October 15, 2021 " to cure deficiency"

C.

3. — While Acting under Color of State law —
(Def's) Knowingly and (Intentionally) Deprived (plf) of
An Enumerated Constitutional Right, particularly the
Right of Access to Courts as protected by the First
Amendment Right to petition for Redress of grievances and the
Fourteenth Amendment guarantees of procedural and Substantive
Due process.

C

4. (Defs), Staff at IDOC Central office — inmate Accounts —
Had more than Enough Time to Respond to (plfs) multiple
Request And prevent the dismissal of Both Cases.
Analysis By Both Court(s) confirm (defs) inactions were
intentional Causing the dismissal of Both Cases that plaintiff
Has a Constitutional Right to file and litigate without
impediment.
DR. 21-CV-046-AM-CW DKT "13 And DR.21-CV-047 AM-VRG
DKT "14 " plaintiffs motion to proceed In forma pauperis'
further, the Case(s) Are dismissed for failure to pay the
Applicable 402 filing fee"

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Sandy feRally_____, who was acting as _pmalegal / Supervisor_
   *(defendant)*                                *(job title, if a person; function, if an entity)*

for the _Idaho Department of Corrections_____.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on _11-23-21 - THEREAfter_____, Defendant did
                                                        *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

_____See pagel_____

_____17-21_____

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:

_____See page 20_____

4. I allege that I suffered the following injury or damages as a result:

_____See pgs 20/21_____

5. I seek the following relief: _____See pg 22_____

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. _See pg 23_

C.

2.

V. Idaho Department of Corrections (IDOC) paralegal and Supervisor Sandy Fearily — Defendant (Def),

A. Refuse To: Timely process (plts) Request, correspondence, and or meet and talk with (plf) when Requested.

B. Per SOP 405 "Duties of Paralegal staff" (o.P) ignored instruction By (plf) and Refused to process and submit to each court "A certified copy of (plf's) Trust fund Account Statement (or institutional Equivalent) for the (6) month period immediately preceding the filing of each complaint."

1. After, learning from the Respective court's, that paralegal(s) Stuart and Whittler (twice), including IDOC central office-inmate Accounts intentionally ignored instructions from (plf) to process and submit to each court, in support of (plfs) motion(s) to proceed in forma pauperis (IFP), a certified copy of (plfs) Trust fund Account Statement.

2. (plf) immediately Started His Quest to contact with paralegal and Supervisor Sandy Fearily (Def). At (IDOC) central office,

3. (plf) submitted His first "Access to courts" Request form 11-23-21 —

4. (Def) ignored and Refuse to timely Respond to that Request and the following Request thereafter — 12-16-21, 12-28-21, 1-22-22 and 2-14-22,

— Inmate Concern forms —

(plf) submitted His first inmate concern form on 11-8-21

(Def) IGNORED AND REFUSE TO TIMELY RESPOND TO THAT REQUEST AND THE following REQUEST THEREAFTER— 4-29-22, 4-15-22, AND 6-16-22.

— LETTERS WRITTEN TO DEF. SROY PERALLY —

(Plf) SUBMITTED HIS FIRST LETTER TO (DEF) ON 6-2-22 (1) pg. (DEF) IGNORED AND REFUSE TO TIMELY RESPOND TO THAT LETTER AND THE following LETTER(S) THEREAFTER. 6-2-22 (3) pgs, AND 8-30-22.

— GRIEVANCES FILED —

(PLF) SUBMITTED HIS FIRST GRIEVANCE TO (DEF) ON 12-1-21, (DEF) IGNORED AND REFUSE TO TIMELY PROCESS OR RESPOND TO THAT GRIEVANCE, AND THE following GRIEVANCE(S) THEREAFTER. 5-4-22, 5-17-22, AND 6-2-22 (WITH ACCOMPANIED LTR)

— MEET AND TALK WITH DEF —

(PLF) WAS FINALLY ABLE TO MEET AND TALK WITH (DEF) ON (4) OCCASIONS — HOWEVER, THESE MEETINGS / CONVERSATIONS WERE UNTIMELY AND UNPRODUCTIVE. EACH CONVERSATION EVOLVED AROUND THE FACT THAT PRALEGALS CHUNT, WHEILOR, AND CENTRAL OFFICE—INMATE ACCOUNTS, AND (DEF) HERSELF HAD INTENTIONALLY" IGNORED (PLF'S) REQUEST, WITH INSTRUCTIONS" TO PROCESS AND TIMELY SUBMIT TO EACH COURT A CERTIFIED COPY OF (PLF'S) TRUST FUND ACCOUNT STATEMENT" (DEF) FINALLY OPENLY ADMITTED " THIS IS OUR FAULT AND WE WILL DO WHAT EVER WE CAN TO HELP YOU GET BACK ON TRACK WITH THE COURT(S)"

Plaintiff's Second Amended Complaint — (DEF) PERALLY          - 18 -

In fact, on 6-16-22 (Def) sent paralegal Ms. Nicole Wagoner to (Plf's) Living unit, Ms. Wagoner Stated that "my Supervisor" (Sandy Ferally-Def) "wants me to gather and photocopy Specific Document(s) pertaining to your case, and anything else you feel is important that she needs to know or see.

If it's okay, I'll be HERE tomorrow morning to pick-up those Documents. I'll get them photocopied and Return them By the End of the Day"

Ms. Wagoner Also Stated "the Reason for gathering and photocoping your Documents, this is our fault and we're going to intervene on your Behalf, this gives us A Starting point."

Analysis By Each Court (Texas) Confirms:
(Def) Ferally's Continuous Gross Inactions were [knowing no Intentional]

1. Case No. OR. 21-CV-047.

"On December 2, 2021 plaintiff filed His Response to this order October 15, 2021 to cure deficiency and provided A copy of A Request He Submitted in His Current institution on October 29, 2021 Asking His institutions Staff to forward the trust fund Account Statement to the courts on plaintiff's Behalf, no other filings Have Been made In this Suit and there has Been no Activity Since"

Plaintiff's Second Amended Complaint — (Def) Ferally        - 19 -

2. CASE no, DR - 21 - CV - 046 —
"
AS of THIS DATE plaintiff HAS not Responded to
THIS ORDER ON OCTOBER, 15, 2021 "To CURE Deficiency"

C,

3. — While Acting UNDER Color of STATE law —
DEFENDANT, FERALLY - By Ignoring HER legal Duties, NOT only AS
A Supervisor over Subordinate's STUNT And WHEllER, And
Specific operations At Central office. But A paralegal AS
DESCRIBED in SOP NOS. Even more outstanding ... AFTER
ACKNOWledging And STATING To Both plaintiff And paralegal
Nicole wagoner, ".. THAT THIS IS our FAULT".... But Refuse
to fix it, HAVING THE Authority to Do So!
[Knowingly And intentionally] DEPRIVED plaintiff of AN
Enumerated Constitutional Right, particularly THE Right
To Access to Courts AS protected By THE First Amendment
Right to petition for Redress of Grievances And THE
Fourteenth Amendment guarantees of procedural And
Substantive Due process

C.

4. Analysis By Each Respective Court Confirms (plf) Suffered THE
following Injury or Damages —
AS A Result of Def - Ferally's Knowledge And AS Overseer,
HAD more THAN Enough Time (months) to Correct WHAT SHE Knew
was ongoing Constitutional Violation By HER, And HER
plaintiffs' Second Amended Complaint - (DEF) Ferally     - 20 -

SUBORDINATE (S) WHEITON AND Stunt.

WHEN THE THREE Intentionally Refuse to file the Required
Certifico Copy of (plf) Trust fund Account Statement (or
institutional Equivalent).

furthermore, After, Admitting " this is our fault and will
intervene on plaintiffs Behalf" also failed to Assist (plf)
in filing "Objections" to Each of the Court's Ruling Dismissing
(plf) Cases),

DOC. " 13 - DR - 21. CV. 046 AM. CV AND DOC." 14 DR. 21. CV. 047 AM. URG
" plaintiff motion to proceed IN forma pauphis furstika, the Cases)
are Dismissed for failure to pay Applicable 402 filing fee."

C.

5. I SEEK the following Relief : moNetary -
   Because of the Severity of Injuries aND Damages
   ($ 60,000.00 total Regardless - plus (ALL) Cost
   to Be paiD By DefeNDaNts who Are fouND to BE
   ResponsiBle, for their Actions

C.     Exhausting Grievance System

7     Clerk of Court:

I Apologize, But I'm Confused, In this Amended Complaint Am I Required to Complete C. "7 Exhaustion of Grievance process - I previously submitted that information in a previous filing.

Could you Advise me of I need to Do So.!

Sorry for Any Inconvenience !

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| | *SEE ANOTHER page* | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗ do not ◯ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

_I Am (74) yRs of Age, functionally illeRately; my GPA in school was_
_1-454 - A D-Average, & Have no legal materials, no to Very limited_
_Access to a law liBRaRy nor Assistance to support me in the litigation_
_of my 1983 Complaint._

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _12-3-24_ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _12-3-24_ *(date)*; OR *(specify other method)*
_____

Executed at _SAguaRo CoRR. CtR_ on _12-3-24_.
      *(Location)* _Eloy, AZ_           *(Date)*

                    _Steven Ebran_
                    *Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

D. Previous or Pending Law Suits –

U.S. District Court – District of Idaho
1: 23 – CV – 0546 – BLW
Cherry VS, Furally, Wheeler, Stuart, Staff Idaho Dept. of
Corrections (IDOC) Inmate Accounts.
    Pending.

U.S. District Court – Western Dist. of Texas, Del Rio Division
DR · 21 – CV · 046 AND DR – 21 – CV – 047
    Cherry VS. Barry, Garcia, Ruiz – 6to Group INC.
    Pending

U.S. District Court, Western Dist of Texas, Del Rio Division
2:19 · CV – 051 Dismissed Appeal – 5th Cir. 21-50296 Appeal – Strike
(Medical) – Cherry VS. 6to Group INC.

U.S. District Court – District of Idaho
1 – 19 · CV. 0223 – CWD
    Cherry V. Seiquet, Dohn,      (Medical)
    Granted Summary Judgement
    Appeal  9th Cir, – Denied

Plaintiffs 2nd Amended Complaint – previous or pending law suits